JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ROBERT P. MOSIER, Federal Equity Receiver for the Church for the Healthy Self aka CHS Trust, CHS Asset Management, Inc., and iCare Financial Solution, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW ALAN SHELTON, an individual,<br><br>Defendant. | Case No. 8:22-cv-01361-JVS(KESx)<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANT MATTHEW ALAN SHELTON** |

The Court having reviewed the *Application for Entry of Default Judgment* and having found that entry of default judgment is appropriate,

**JUDGMENT IS ENTERED AS FOLLOWS:**

(1) Judgment on the first cause of action for avoidance and recovery of voidable transfers pursuant to California Civil Code § 3439.04(a)(1) is entered in favor of plaintiff Robert P. Mosier, the Receiver for the receivership estate of Church for the Healthy Self aka CHS Trust ("CHS") against Defendant Matthew Alan Shelton ("Defendant") for the total sum of (a) $60,000.00; (b) pre-judgment interest at the rate of seven percent (7%) per year, as calculated from the date of each respective Transfer to

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

Defendant; and (c) post-judgment interest, compounded annually, from the date of judgment until paid;

    (2)    The payments to or for the benefit of Defendant from CHS in the amount of $60,000.00 are void and of no effect; and

    (3)    The second and third claims for relief are dismissed without prejudice.

DATED:   February 13, 2023

_____
JAMES V. SELNA, United States District Judge

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002